UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSSETS

------------------------------------- X
: 
CHRISTOPHER STEFANONI, :
:
                Plaintiff, : Case No. 1:24-cv-12758
:
    v. :
:
L.F.I., INC., MARGARET BROOKS LOBKOWICZ, :
WILLIAM LOBKOWICZ, MARK LOBKOWICZ, :
ANDREA LOBKOWICZ, MARGARET S. :
LOBKOWICZ, and MARTIN M. LOBKOWICZ, :
:
                Defendants. :
:
:
------------------------------------- X

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE THAT** pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 Defendant Martin M. Lobkowicz ("Defendant") hereby removes this action from the Superior Court of the Commonwealth of Massachusetts for the County of Suffolk to the United States District Court for the District of Massachusetts. In support of this Notice of Removal, Defendant avers as follows:

### Procedural History and Plaintiff's Allegations

1. Plaintiff Christopher Stefanoni commenced this action on October 28, 2024, by filing a complaint in the Superior Court of the Commonwealth of Massachusetts, Suffolk County, Case Number 2484CV02825 (the "State Court Action").

2. On October 29, 2024, counsel for Plaintiff Christopher Stefanoni provided Defendant's counsel, via email, the following documents filed in the State Court Action:

    a. Complaint with exhibits.

3. In addition to the Complaint, the following documents have been filed in the State Court Action:

   a. Civil Action Cover Sheet; and

   b. General Correspondence regarding Notice of Acceptance into Business Litigation Session.

4. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of the above-mentioned documents, which constitute all process, pleadings, and orders served upon Defendant in the State Court Action, along with a docket sheet and a list of all counsel of record, are attached hereto as **Exhibits A-E**.

5. On October 30, 2024, upon Plaintiff's request, Defendant's counsel accepted service on behalf of Defendant. (*See* **Exhibit F**.)

6. As summarized in Plaintiff's State Court Action Civil Action Cover Sheet, the Complaint generally alleges as follows:

> The instant complaint concerns the management and disposition of the estate of Maximilian Lobkowicz, one of the largest and wealthiest private estates in Europe. After the fall of Czech communism, one branch of the Lobkowicz family returned from their diasporic home in Massachusetts to reclaim their father Maximilian's holdings. At that time, they executed a contract to distribute proceeds from recovered property equally between themselves and the other two branches. They then created a Massachusetts limited partnership to further formalize this arrangement. Efforts to recover the estate were successful, and the Czech branch took possession of a dozen castles and palaces, agricultural and forest lands, businesses, and hundreds of thousands of artworks and artifacts. But over the period of recovery and the years since, the Czech branch has not worked to the mutual benefit of the full Lobkowicz family. Instead, they have engaged in an extensive course of mismanagement, self-dealing, and waste, and hid this conduct via pervasive fraud and misrepresentation. As a result, the other branches of the family have suffered severe losses. Plaintiff, heir to one third of the estate, sues on breach of contract, violation of fiduciary duties, conspiracy to violate fiduciary duties, and fraud.

(**Exhibit B**.)

## Procedural Requirements for Removal

7. Removal of the State Court Action to this Court satisfies the procedural requirements of 28 U.S.C. § 1446. This Court is the "district court of the United States for the district and division within which [this] action is pending." 28 U.S.C. § 1446(a). No other defendants have been "properly joined and served," thus, there is no requirement for their consent. 28 U.S.C. § 1446(b)(2)(A).

8. Removal to this Court is proper under 28 U.S.C. § 1441(a) because the Superior Court of Massachusetts, Suffolk County, where this action was filed, is within the District of Massachusetts. *See* 28 U.S.C. § 101.

9. Removal is proper under 28 U.S.C. § 1441(b)(2) because none of defendants L.F.I., Inc., Margaret Brooks Lobkowicz, Andrea Lobkowicz, or Margaret S. Lobkowicz have been "properly joined and served" in the State Court Action.

10. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is timely because it is filed within 30 days after the receipt by Defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based.

11. Pursuant to 28 U.S.C. § 1446(d), Defendant will also file a copy of this Notice of Removal with the Clerk of the Superior Court of the Commonwealth of Massachusetts, Suffolk County, with a copy to Plaintiff's counsel.

## Grounds for Removal – Diversity Jurisdiction

12. The State Court Action is properly removed to this Court under 28 U.S.C. §§1441(a) and 1332(a)(3) because the matter in controversy exceeds $75,000, exclusive of interest and costs, and there is diversity of citizenship between Plaintiff and Defendants.

13. For purposes of diversity jurisdiction, a corporation is a citizen of the state where it is incorporated and the state where it has its principal place of business. 28 U.S.C. § 1332(c)(1).

14. Plaintiff is a United States citizen who resides in the State Connecticut. (**Exhibit A ¶ 19**.)

15. Defendant is a United States citizen who resides in the State of Florida. (**Exhibit A ¶ 26**.)

16. Upon information and belief, defendant L.F.I., Inc. is a corporation organized under the laws of the Commonwealth of Massachusetts with its usual place of business at 280 Dedham Street in Dover Massachusetts and, thus, is considered a citizen of the Commonwealth of Massachusetts for purposes of diversity jurisdiction. (**Exhibit A ¶ 20**.)

17. Upon information and belief, defendant Margaret Brooks Lobkowicz is a United States citizen who resides in the Commonwealth of Massachusetts. (**Exhibit A ¶ 21**.)

18. Upon information and belief, defendant William Lobkowicz is a dual United States and Czech citizen who resides in Prague, Czech Republic. (**Exhibit A ¶ 22**.) Due to his Czech citizenship and his residency there, he is a subject of a foreign state.

19. Upon information and belief, defendant Mark Lobkowicz is a United States citizen who resides in the State of New Hampshire. (**Exhibit A ¶ 23**.)

20. Upon information and belief, defendant Andrea Lobkowicz is a United States citizen who resides in the Commonwealth of Massachusetts. (**Exhibit A ¶ 24**.)

21. Upon information and belief, defendant Margaret S. Lobkowicz is a United States citizen who resides in the Commonwealth of Massachusetts. (**Exhibit A ¶ 25**.)

22. Because no defendant is a citizen of the State of Connecticut, where Plaintiff is a citizen, there is diversity of citizenship between Plaintiff and Defendants. *See* 28 U.S.C. § 1332(a)(3).

23. Although Defendant intends to dispute that Plaintiff is entitled to any relief sought against him, Plaintiff contends the amount in controversy is "estimated at around one billion dollars" (**Exhibit B**), well-exceeding $75,000.

## **Non-Waiver of Defenses**

24. By removing this action from the Superior Court of the Commonwealth of Massachusetts, Suffolk County, Defendant does not waive any defenses available to him.

25. By removing this action from the Superior Court of the Commonwealth of Massachusetts, Suffolk County, Defendant does not admit any of the allegations in Plaintiff's complaint.

*   *   *

**WHEREFORE**, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant removes the above-captioned action from the Superior Court of the Commonwealth of Massachusetts, Suffolk County, to the United States District Court for the District of Massachusetts.

| | |
|---|---|
| Dated: October 30, 2024<br>New Haven, Connecticut | Respectfully submitted,<br><br>By: _____<br>John A. Farnsworth<br>BBO No. 636353<br>Withers Bergman LLP<br>157 Church Street 12th Floor<br>New Haven, Connecticut 06510<br>Tel: (203) 974-0353<br>john.farnsworth@withersworldwide.com<br>*Attorneys for Defendant Martin M. Lobkowicz* |

## CERTIFICATE OF SERVICE

I, John A. Farnsworth, hereby declare and certify that on October 30, 2024, I caused to be served a true and correct copy of the foregoing **NOTICE OF REMOVAL WITH EXHIBITS A-F, CIVIL COVER SHEET,** and **DISTRICT OF MASSACHUSSETS CATEGORY FORM** on the following:

| | |
|---|---|
| L.F.I., INC.<br>280 Dedham Street<br>Dover, MA 02030 | DYNAMIS LLP<br>Michael B. Homes, Esq.<br>Eric S. Rosen, Esq.<br>Douglas Stephens, Esq.<br>225 Franklin Street, 26th Floor<br>Boston, MA 02210 |
| | *Attorneys for Plaintiff* |
| MARGARET BROOKS LOBKOWICZ<br>280 Dedham Street<br>Dover, MA 02030 | WILLIAM LOBKOWICZ<br>C/O Jonathan Korb, Esq<br>Loring, Wolcott & Coolidge Trust, LLC<br>230 Congress Street<br>Boston, MA 02110 |
| MARK LOBKOWICZ<br>16 Howe Hill Road<br>Benton, NH 03785 | ANDREA LOBKOWICZ<br>27 Monument Road<br>Orleans, MA 02653 |
| MARGARET S. LOBKOWICZ<br>46 Colonial Road<br>Medfield, MA 02052-1108 | |

I made such service by causing the foregoing documents to be deposited in a postage postpaid envelope in an official depository under the exclusive care and custody of the United States Postal Service.

Executed on October 30, 2024

_____
John A. Farnsworth