UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHRISTOPHER STEFANONI,

    *Plaintiff,*

v.

L.F.I., INC., et al.,

    *Defendants.*

No. 24-cv-12758-PGL

## REPORT AND RECOMMENDATION ON MOTION TO REMAND TO STATE COURT AND ON PLAINTIFF'S MOTION FOR FEES

LEVENSON, U.S.M.J.

For the reasons set forth below, I recommend that the Court remand this case to state court. I further recommend that the Court allow in part Plaintiff's motion for sanctions (Docket No. 20) and award attorneys' fees to Plaintiff pursuant to 28 U.S.C. § 1447(c) to compensate for Plaintiff's reasonable costs in opposing the improvident removal of this case. I do not recommend that the Court award Plaintiff any additional attorneys' fees pursuant to Federal Rule of Civil Procedure 11.

### INTRODUCTION

The Court lacks subject matter jurisdiction in this case, which was improperly removed from the Massachusetts Superior Court. Although the removing defendant, Martin Lobkowicz

*Report and Recommendation accepted and adopted.*

*NMGorton, USDJ 04/08/2025*